No. 04–549. EDEM *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 04–550. NADER ET AL. *v.* SERODY ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–551. ALBRIGHT *v.* NEIGHBORHOOD DEVELOPMENT COLLABORATIVE; and
No. 04–552. GINSBERG *v.* NEIGHBORHOOD DEVELOPMENT COLLABORATIVE. C. A. 4th Cir. Certiorari denied.

No. 04–553. SIERRA *v.* FLORIDA DEPARTMENT OF TRANSPORTATION. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–558. SIMEONOV *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–560. BLAUSTEIN & REICH, INC., DBA BOB'S GUN & TACKLE SHOP *v.* TRUSCOTT, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. C. A. 4th Cir. Certiorari denied.

No. 04–562. SKONIECZNY *v.* ECONOMY BOROUGH MUNICIPAL AUTHORITY. Commw. Ct. Pa. Certiorari denied.

No. 04–564. CASS *v.* SUFFOLK COUNTY CORRECTIONAL FACILITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–565. EDWARDS *v.* BARTON PROTECTIVE SERVICES, INC., ET AL. Ct. App. D. C. Certiorari denied.

No. 04–566. WALTERS *v.* DAUGHTERS OF CHARITY NATIONAL HEALTH SYSTEM, INC., DBA PROVIDENCE HOSPITAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–567. TALMIDGE INTERNATIONAL, LTD., ET AL. *v.* DAHIYA. C. A. 5th Cir. Certiorari denied.